```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
L.P-G., individually and on behalf of her child D.G., a                :
minor,                                                                 :
                                                                       :
                                       Plaintiff,                      :     22 Civ. 5130 (JPC)
                                                                       :
              -v-                                                      :          ORDER
                                                                       :
NEW YORK CITY DEPARTMENT OF EDUCATION,                                 :
                                                                       :
                                       Defendant.                      :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Plaintiff served the Complaint in this case on July 1, 2022, making Defendant's answer due by July 22, 2022. Dkt. 5. To date, Defendant has not appeared or responded to the Complaint. By August 18, 2022, Plaintiff shall file a letter updating the Court on the status of this case.

SO ORDERED.

Dated: August 11, 2022
       New York, New York

_____
JOHN P. CRONAN
United States District Judge