UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                                                    :

L.P-G., Individually, and On Behalf of Her Child D.G., A  :
Minor,                                                                                 :

                                Plaintiff,                          :          22 Civ. 5130 (JPC)

                     -v-                                   :              <u>ORDER</u>

NEW YORK CITY DEPARTMENT OF EDUCATION.,  :

                                Defendant.          :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court is in receipt of Defendant's letter dated August 26, 2022 requesting that the Court withdraw its August 22, 2022 order (Dkt. 8) directing Plaintiff to move for default judgment by September 2, 2022. Defendant's request is granted and the August 22 order is withdrawn. The briefing schedule outlined in that order is adjourned *sine die*. Rather than the default judgment hearing scheduled for October 4, 2022 at 1:00 p.m. Counsel for all parties are hereby ORDERED to appear before the undersigned for an Initial Pretrial Conference ("IPTC") in accordance with Rule 16 of the Federal Rules of Civil Procedure on October 4, 2022 at 1:00 p.m. Unless the Court orders otherwise, the Court will conduct the IPTC by teleconference. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261. Absent leave of Court obtained by letter-motion filed before the conference, all pretrial conferences must be attended by the attorney who will serve as principal trial counsel.

      Counsel are directed to confer with each other prior to the conference regarding settlement and each of the other subjects to be considered at the IPTC. No later than seven days prior to the IPTC, it is further ORDERED that the parties shall submit a joint letter, not to exceed five (5) pages, addressing the following in separate paragraphs:

    (1)    A brief statement of the nature of the action and the principal defenses thereto;

    (2)    A brief explanation of why jurisdiction and venue lie in this Court;

    (3)    A brief description of all outstanding motions and/or all outstanding requests to file motions;

    (4)    A brief description of any discovery that has already taken place, and that which will be necessary for the parties to engage in meaningful settlement negotiations;

    (5)    A list of all prior settlement discussions, including the date, the parties involved, and the approximate duration of such discussions, if any;

    (6)    The estimated length of trial; and

    (7)    Any other information that the parties believe may assist this Court in resolving the action.

By that date, the parties shall also submit to the Court a proposed case management plan and scheduling order, a template of which is available at https://www.nysd.uscourts.gov/hon-john-p-cronan.

If this case has been settled or otherwise terminated, counsel are not required to submit such letter or to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the joint letter submission deadline, using the appropriate ECF Filing Event.  *See* SDNY ECF Rules & Instructions §§ 13.17-13.20, *available at* https://nysd.uscourts.gov/rules/ecf-related-instructions.  In accordance with the Court's Individual Rules and Practices for Civil Cases, requests for extensions or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours (*i.e.*, two business days) before the deadline or scheduled appearance, absent compelling circumstances.  The written submission must state (1) the original date(s) set for the appearance or deadline(s) and the new date(s) requested; (2) the reason(s) for the request; (3) the number of previous requests for adjournment or extension; (4) whether these previous requests were granted or denied; and (5) whether opposing counsel consents, and, if not, the reasons given by opposing counsel for refusing to consent.

    Counsel who have noticed an appearance as of the issuance of this order are directed to

notify all other parties' attorneys in this action by serving upon each of them a copy of this order and the Court's Individual Rules (available at the Court's website, https://www.nysd.uscourts.gov/hon-john-p-cronan) forthwith. If unaware of the identity of counsel for any of the parties, counsel receiving this order must forthwith send a copy of this order and Individual Rules to that party personally.

    SO ORDERED.

Dated: August 29, 2022  
       New York, New York

                                      JOHN P. CRONAN  
                                United States District Judge